December 01, 2006

Ms. Kelly McClendon
203 East Cedar Street
Angleton, TX 77515
Ms. Shannon Tigner
221 N. Velasco
Angleton, TX 77515

RE: Case Number: 06-0270
 Court of Appeals Number: 14-05-00281-CV
 Trial Court Number: 29559

Style: IN THE INTEREST OF H.R.M.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jerry |
| |Deere |
| |Mr. Ed Wells |